Luke W. Reese, (OSB No. 076129)
lreese@ghrlawyers.com
Travis A. Merritt, (OSB No. 195857)
tmerritt@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
P.O. Box 749
Salem, Oregon 97308-0749
Phone: (503) 581-1501
Fax: (503) 581-5891
Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**BLAKE PAULSEN,**

Plaintiff,

vs.

**CITY OF GARIBALDI,** a municipality; **MAYOR KATIE FINDLING,** in her corporate and individual capacity; **CITY MANAGER JAKE BOONE,** in his corporate and individual capacity; and **FIRE CHIEF TAD PEDERSEN** in his corporate and individual capacity,

Defendants.

Case No. 3:26-cv-00917-JR

**JOINT STATUS REPORT AND CASE MANAGEMENT SCHEDULE**

Counsel for Plaintiff and Defendants submit the following Joint Status Report.

**RULE 26(f) REPORT AND DISCOVERY PLAN**

## I. Nature of the Case

### A. Blake Paulsen v. City of Garibaldi et al.

Plaintiff Blake Paulsen asserts claims under 42 USC § 1983, alleging First Amendment retaliation and a due process violation, along with state law claims alleging whistleblower retaliation,

a wage claim, defamation, intentional infliction of emotional distress, interference with economic relations, and aiding and abetting.

**B. Subject Matter Jurisdiction**

The parties agree this Court has jurisdiction over the subject matter of Plaintiff's federal claims under 28 USC §§ 1331 and 1343. The Court has supplemental jurisdiction over Plaintiff's state law claims under 28 USC § 1367.

**C. Other Proceedings**

There are no other court proceedings related to this case.

**D. Discovery**

The parties have conferred regarding discovery and, at this time, do not anticipate any discovery-related problems. The parties have met and conferred regarding ESI per LR 26-1. The parties are actively exchanging discovery requests.

**E. Parties**

All known or anticipated parties have been named.

**F. Referral**

Discovery is ongoing and it is unknown at this time whether the case is appropriate for referral to a mediator, arbitrator, or special master.

**G. Jury Trial**

Unless referred at a later date, trial will be to a jury.

**H. Trial Status**

As discovery is ongoing, it is currently unknown when the case will be ready for trial, the number of days required for trial, and counsel's available dates for trial. Once discovery is completed, no complications are anticipated.

/ / / /

## II. Trial Counsel

Trial counsel for the respective parties are:

### A. Plaintiff Blake Paulsen


i. Randy J. Harvey, OSB No. 116714

Email: randy@elpnw.com

ii. Patrick G. Conroy, OSB No. 223806

Email: Patrick@elpnw.com

Employment Law Professionals Northwest LLC

20015 SW Pacific Hwy., Suite 221

Sherwood, OR 97140

Phone: 503-822-5340

Fax: 503-433-1404


### B. Defendants


i. Luke W. Reese, OSB No. 076129

Email: lreese@ghrlawyers.com

ii. Travis A. Merritt, OSB No. 195857

Email: tmerrittt@ghrlawyers.com

Garrett Hemann Robertson P.C

PO Box 749

Salem, OR 97308

Phone: 503-581-1501

Fax: (503) 581-5891


### C. Consent to Magistrate

The parties consent to magistrate.

## III. Rule 26(f) Conference

Pursuant to Federal Rule of Civil Procedure (FRCP) 26(f), counsel for the parties met and conferred on September 16, 2026, on the contents of the proposed discovery plan.

## IV. Nature of Discovery and Timeline for Discovery and Pretrial Motions

### A. Rule 26(a) Disclosures (FRCP 26(f)(3)(A)) – Stipulated Deadline

The parties intend to waive initial disclosures.

### B. Anticipated Scope of Discovery (FRCP 26(f)(3)(B))

In accordance with Federal Rule 26(f)(3)(B), the parties agree discovery will be conducted on the allegations and claims contained within Plaintiff's Complaint, and the denials and defenses raised in Defendants' Answer thereto. Expert discovery, if needed, is expected after any motion for summary judgment.

Pursuant to Rule of Evidence 502(d), the parties agree that if privileged documents are inadvertently produced, the receiving party will return and/or destroy the document and that privilege will not have been waived.

### C. Electronically Stored Information (FRCP 26(f)(3)(C)

In accordance with Federal Rule 26(f)(3)(C), the parties have discussed electronically stored information. As guiding principles, the parties agree to meet and confer in good faith concerning issues that arise with respect to the disclosure or discovery of electronically stored information, and to use their best efforts to produce electronically stored information in the format preferred by the requesting party.

### D. Timeframe for Discovery

The parties have agreed to attend a judicial settlement conference. The parties jointly request the Court stay all discovery deadlines, to be set after the judicial settlement conference, if necessary.

/ / / /

**E. Alternative Dispute Resolution**

The parties are currently working to schedule a judicial settlement conference.

**F. Discovery Plan and Proposed Filing Dates**

The parties request and propose the following litigation schedule:

| Event | Parties' Proposal |
|---|---|
| Discovery;<br>file all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15;<br>join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19;<br>and file all discovery motions. | To be set after a judicial settlement conference. |
| Filing of Dispositive Motions | To be set after a judicial settlement conference. |
| Joint ADR Report | The parties shall submit a joint ADR report within 30 days after the Court's ruling on dispositive motions. |
| Trial Deadlines | Trial and all other pre-trial deadlines shall be set at the Court's convenience after ruling on dispositive motions, or at such time as dispositive motions are deemed not necessary. |

DATED this 17th day of September 2026.

*s/ Luke W. Reese*
Luke W. Reese, OSB No. 076129
lreese@ghrlawyers.com
Travis A. Merritt, OSB No. 195857
tmerritt@ghrlawyers.com
Of Attorneys for Defendants

*s/ Randy J. Harvey*
Randy J. Harvey, OSB No. 116714
Email: randy@elpnw.com
Patrick G. Conroy, OSB No. 223806
Email: Patrick@elpnw.com
Of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **JOINT STATUS REPORT AND CASE MANAGEMENT SCHEDULE** on the date indicated below,

☐ Via First-Class Mail with postage prepaid
☐ Via Facsimile Transmission
☒ Via Electronic Filing Notice
☒ Via Email
☐ Via Hand Delivery
☐ Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

Randy J. Harvey, OSB No. 116714
Email: randy@elpnw.com
Patrick G. Conroy, OSB No. 223806
Email: Patrick@elpnw.com
Employment Law Professionals Northwest LLC
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
Phone: 503-822-5340
Fax: 503-433-1404
Of Attorneys for Plaintiff

DATED this 17th day of September, 2026.

GARRETT HEMANN ROBERTSON P.C.

*s/ Luke W. Reese*
Luke W. Reese
(OSB No. 076129)
lreese@ghrlawyers.com
Travis A. Merritt
(OSB No. 195857)
tmerritt@ghrlawyers.com
Of Attorneys for Defendants